**Opinion issued October 1, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-20-00622-CV

_____

**THAI TRUONG, Appellant**

**V.**

**VAN TRAN NGUYEN AND LAN T. NGUYEN, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-42518**

---

## MEMORANDUM OPINION

Appellant, Thai Truong, representing that the parties have reached a settlement agreement, has filed a motion to dismiss his appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.